PROBATION FORM NO. 35
(DSC 5/12)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

RECEIVED
USDC CLERK, FLORENCE, SC
2017 JUN 23 PM 5:30

# United States District Court

## FOR THE

### District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Troy Kevin Williams ) | Crim. No. 4:05CR00668-1 |

On Octboer 23, 2007, the above named was placed on Supervised Release for a period of ten years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Robert S. Anderson
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 23 day of June, 2017.

The Honorable R. Bryan Harwell
United States District Judge